UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MEB Loan Trust IV

**Order Filed on May 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

     Thomas L. Kenny,

Debtor.

Case No.:  17-21532 MBK

Adv. No.:

Hearing Date:  4/28/2020 @ 9:00 a.m..

Judge:  Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

DATED: May 14, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Thomas L. Kenny
Case No:  17-21532 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured

Creditor, MEB Loan Trust IV, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real

property located at 10 Sunrise Circle, Holmdel, NJ, 07733, and it appearing that notice of said motion was

properly served upon all parties concerned, and this Court having considered the representations of attorneys

for Secured Creditor and Andrew Thomas Archer, Esquire, attorney for Debtor, and for good cause having

been shown

   It is **ORDERED, ADJUDGED and DECREED** that as of April 30, 2020, Debtors are in arrears

outside of the Chapter 13 Plan to Secured Creditor for payments due December 2018 through April 2020 for

a total post-petition default of $4,636.26 (17 @ $273.39, less suspense balance of $11.37)

   It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the

amount of $4,636.26 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13

plan; and

   It is further **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan

within twenty days of the entry of this order; and

   It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to

resume May 20, 2020, directly to Secured Creditor, Select Portfolio Servicing, Inc., P.O. Box 65450. Salt

Lake City, UT 84165-0450 (Note: the amount of the monthly mortgage payment is subject to change

according to the terms of the note and mortgage); and

   It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter

13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made

within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating

Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such

payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

   It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application,

supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at

the time of submission to the Court; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded

reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling

$531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.